**Robert LEE, Appellant,**

v.

**DEMOCRATIC NATIONAL COMMITTEE, et al.,**
**Appellees.**

No. 04–7211.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 11, 2005.

Robert Lee, Mount Eagle, VA, pro se.

Before GINSBURG, Chief Judge, and EDWARDS and HENDERSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed November 9, 2004 be affirmed. The court did not abuse its discretion in dismissing the complaint as frivolous in light of the complaint's fanciful factual allegations. *See Denton v. Hernandez,* 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992); *Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule